NUMBER
13-11-00027-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

NUESTRA CLINICA DEL
VALLE, INC.,                                     Appellant,

 

                                                             v.

 

FUAD ZAYED, M.D.,                                                                        Appellee. 

____________________________________________________________

 

                           On
appeal from the 139th District Court 

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

             Before Chief Justice Valdez and Justices Rodriguez and Garza 

Memorandum Opinion
Per Curiam

 








Appellant,
Nuestra Clinica Del Valle, Inc., perfected an appeal from a judgment entered by
the 139th District Court of Hidalgo County, Texas, in cause number C-2824-07-C. 
The parties have filed a joint motion to dismiss the appeal and request that
this Court dismiss the appeal.  

The
Court, having considered the documents on file and the joint motion to dismiss,
is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.  In
accordance with the agreement of the parties, costs are taxed against the party
incurring same. See Tex. R. App.
P. 42.1(d) ("Absent agreement of the parties, the court will tax
costs against the appellant.").  Having dismissed the appeal at the
parties= request, no motion for rehearing will
be entertained, and our mandate will issue forthwith.

 

PER CURIAM

Delivered and filed the

23rd day of August, 2011.